# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| BELEN GUTIERREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAKESHORE MANOR, LLC., a )<br>Florida Limited Liability Company, )<br>)<br>Defendants. )<br>) | Case No. 5:20-cv-00217-JSM-PRL |

**FLSA SETTLEMENT AGREEMENT**

This FLSA Settlement Agreement (the "Agreement") is entered into by and between BELEN GUTIERREZ ("Plaintiff") and LAKESHORE MANOR, LLC., ("Defendant"), collectively (the "Parties").

WHEREAS, Plaintiff was an employee of the Defendant;

WHEREAS, Plaintiff filed a civil action against Defendant in the Middle District Court of Florida, seeking redress for alleged violations of the Fair Standards Labor Act ("FLSA"), Case Number No. 5:20-cv-00217-JSM-PRL; and

WHEREAS, Defendant denies all allegations in the Lawsuit and any liability and/or any other wrongdoing in respect to Plaintiff;

WHEREAS, Plaintiff and Defendant wish to avoid litigation and settle and resolve the controversy between them amicably and expeditiously;

NOW, THEREFORE, in consideration of the mutual covenants set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby

STIPULATED AND AGREED by and between the undersigned parties that the above-entitled matter is resolved as follows:

1. <u>RECITALS:</u> The foregoing recitals are true and correct and are incorporated below as if fully set forth therein.

2. <u>RELEASE OF FLSA AND WAGE CLAIMS:</u> In exchange for the consideration set forth in Paragraph 3 below, Plaintiff waives and releases Defendant from any and all claims arising out of or related to the payment of wages under the FLSA.

3. <u>SETTLEMENT SUMMARY:</u> In exchange for and in consideration of the Releases and promises of Plaintiff in this Agreement, Defendant agrees to pay a total sum of Seventeen thousand Five Hundred and 00/100 dollars ($17,500.00). The payments will be tendered as follows:

   a. One (1) payment to Belen Gutierrez in the gross amount of $2,500.00, as taxable wages, less appropriate taxes and withholdings, to represent the unpaid wages claim. An IRS Form W-2 will be issued to Plaintiff for this amount. Plaintiff must provide a fully completed and executed IRS Form W-4 to counsel for Defendant along with the executed Agreement; and

   b. One (1) payment to Belen Gutierrez in the gross amount of $2,500.00 as liquidated damages. An IRS Form 1099 will be issued to Plaintiff for this amount. Plaintiff must provide a fully completed and executed IRS Form W-9 to counsel for Defendant along with the executed Agreement; and

Doc ID: fe4fafb9cb9953af61b13ecf79a9b187588d1462

    c. One (1) payment to Richard Celler Legal, P.A. in the amount of $12,500.00, representing attorneys' fees and costs for which separate IRS Forms 1099 shall issue to Richard Celler Legal, P.A.. Counsel must provide a fully completed and executed IRS Form W-9 to counsel for Defendant along with the executed Agreement.

***Plaintiff is aware of and agrees with, the number of attorneys' fees and costs to be paid to Plaintiff's counsel for representing her interest in this matter.***

    4. <u>DELIVERY OF SETTLEMENT SUM.</u> The total settlement to be delivered to Plaintiff's counsel within 14 calendar days after all of the following events occur: (1) the Court's approval of this Agreement; and (2) Plaintiff's delivery of IRS forms W-4 and W-9 to Defendant's counsel.

    5. <u>BASIS OF PAYMENT.</u> Plaintiff understands and acknowledges that the payments specified in this section were issued based on Plaintiff's agreement to execute this Agreement, and the Parties' fulfillment of the promises contained herein.

    6. <u>TAXABILITY.</u> Defendant makes no representation as to the taxability of the amounts paid to Plaintiff.  Plaintiff agrees to pay federal or state taxes, if any, which are required by law to be paid with respect to this settlement. Moreover, Plaintiff agrees to indemnify Defendant and hold it harmless from any interest, taxes or penalties assessed against it by any governmental agency as a result of the non-payment of taxes on any amounts paid to Plaintiff under the terms of this Agreement.

    7. <u>NO ADMISSION.</u> Neither this Agreement nor the furnishing of the considerations for this Agreement shall be deemed or construed at any time for any purpose as an admission by the Released Party of any liability, unlawful conduct of any kind or violation by the Released Party of the FLSA and any and all other applicable state, federal, county, or local ordinances, statutes or regulations.

Doc ID: fe4fafb9cb9953af61b13ecf79a9b187588d1462

8. <u>OPPORTUNITY TO REVIEW.</u> Plaintiff acknowledges that Plaintiff is aware that Plaintiff is giving up all FLSA wage claims Plaintiff has against the Released Party. Plaintiff acknowledges that Plaintiff has been advised in writing to consult with an attorney and has had the opportunity to seek legal advice before executing this Agreement. Plaintiff signs this Agreement voluntarily. The Parties agree and acknowledge that this Agreement was drafted by all Parties and their counsel where applicable. The language of this Agreement shall be construed as a whole, according to its fair meaning, and not strictly for or against either Party.

9. <u>SEVERABILITY.</u> Except as set forth below, should any provision of this Agreement be declared illegal or unenforceable by any court of competent jurisdiction, such provision shall immediately become null and void, leaving the remainder of this Agreement in full force and effect except for sections 2 and 3, *supra*.

10. <u>VENUE AND GOVERNING LAW.</u> This Agreement shall be governed by the laws of the United States of America without regard to its conflict of laws provision. In the event of any action arising hereunder, venue shall be proper the proper Florida State Court and/or United States District Court of Florida.

11. <u>ENTIRE AGREEMENT.</u> This Agreement sets forth the entire agreement between Plaintiff and Defendant as to settlement of the Plaintiff's FLSA claims asserted in this case. Plaintiff acknowledges that Plaintiff has not relied on any representations, promises, or agreements of any kind made to Plaintiff in connection with the decision to sign this Agreement, except those set forth in this Agreement.

12. <u>EXECUTION IN COUNTERPARTS.</u> This Agreement may be executed in any number of counterparts, each of which shall be considered an original. All the counterparts together shall constitute one and the same instrument.

Doc ID: fe4fafb9cb9953af61b13ecf79a9b187588d1462

13. **<u>Attorneys' Fees and Costs.</u>** In the event of any litigation arising from a breach of the Agreement, the prevailing party shall be entitled to recovery any remedy or right it or she may have at law or in equity, including but not limited to, her/its reasonable attorneys' fees and costs.

THE SIGNATORIES HAVE CAREFULLY READ THIS ENTIRE SETTLEMENT AGREEMENT AND RELEASE OF FLSA CLAIMS. THE PARTIES HAVE EITHER BEEN REPRESENTED BY COUNSEL THROUGHOUT THE NEGOTIATION OF THIS AGREEMENT AND HAVE CONSULTED WITH THEIR ATTORNEYS BEFORE SIGNING THIS AGREEMENT OR HAVE BEEN PROVIDED THE OPPORTUNITY TO SECURE COUNSEL TO ADVISE ON THIS AGREEMENT. THIS PARTIES FULLY UNDERSTAND THE FINAL AND BINDING EFFECT OF THIS AGREEMENT. THE ONLY PROMISES OR REPRESENTATIONS MADE TO ANY SIGNATORY ABOUT THIS AGREEMENT ARE CONTAINED IN THIS AGREEMENT.

HAVING ELECTED TO EXECUTE THIS SETTLEMENT AGREEMENT AND RELEASE OF FLSA WAGE CLAIMS, TO FULFILL THE PROMISES SET FORTH HEREIN, AND TO RECEIVE THEREBY THE SETTLEMENT SUM AND BENEFITS SET FORTH IN PARAGRAPH 3 ABOVE, PLAINTIFF FREELY AND KNOWINGLY AND AFTER DUE CONSIDERATION, ENTERS INTO THIS SETTLEMENT AGREEMENT AND RELEASE OF FLSA WAGE CLAIMS INTENDING TO WAIVE, SETTLE AND RELEASE THE FLSA CLAIMS PLAINTIFF HAS OR MIGHT HAVE AGAINST RELEASED PARTIES.

THE PARTIES ARE SIGNING THIS AGREEMENT VOLUNTARILY AND KNOWINGLY.

[SIGNATURES ON FOLLOWING]

Dated: 05 / 21 / 2021             LAKESHORE MANOR, LLC.

Sign: *Rosalina Rothrock*

Name: Rosalina Rothrock

Title: Administrator

*Rosalina Rothrock*             05 / 21 / 2021

LAKESHORE MANOR, LLC.             Date

BELEN GUTIERREZ             Date

6

Dated: _____  LAKESHORE MANOR, LLC.

Sign:_____

Name: _Rosalina Rothrock_____

Title:_____

_____
LAKESHORE MANOR, LLC.  Date

_____
Belen Gutierrez (May 19, 2021 19:57 EDT)  May 19, 2021
BELEN GUTIERREZ  Date

6