UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BELEN GUTIERREZ,

    Plaintiff,

v.                                                     Case No: 5:20-cv-217-JSM-PRL

LAKESHORE MANOR, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement (Dkt. 36). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement (Dkt. 36) is granted.

2. The Settlement Agreement is approved.

3. The Court retains jurisdiction for up to one (1) year to enforce the terms of the Settlement Agreement.

4. This action is DISMISSED WITH PREJUDICE.

5. All pending motions are denied as moot.

6. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of June, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record